ACCEPTED
01-15-00600-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 5:00:04 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00600-CV

**IN THE COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 5:00:04 PM
CHRISTOPHER A. PRINE
Clerk

**FOR THE FIRST DISTRICT OF TEXAS**

**AT HOUSTON**

*In re:*

*UNION PACIFIC RAILROAD COMPANY,*

*Relator.*

## LOCAL RULE NOTICE OF AND ASSIGNMENT
## OF RELATED CASE IN APPEALS

TO THE HONORABLE COURT OF APPEALS:

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in the Fourteenth Court of Appeals:

- ■ None

- ■ Caption: Donald and Mary Trichel, Individually and as Next Friends of Nicholas Trichel v. Union Pacific Railroad Company and Jeremy Ray Hampton

Trial court case number: 2014-23177

Appellate court case number:

Respectfully submitted,

HAYNES AND BOONE, LLP


 /s/ Kent Rutter
Kent Rutter
State Bar No. 00797364
Christina Crozier
State Bar No. 24050466
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Telecopier: (713) 547-2600
*Kent.Rutter@haynesboone.com*
*Christina.Crozier@haynesboone.com*


KANE RUSSELL COLEMAN & LOGAN PC

Marcy Lynn Rothman
State Bar No. 17318500
M. Daniel Guerra
State Bar No. 00793865
919 Milam Street, Suite 2200
Houston, Texas 77002
Telephone: (713) 425-7444
Telecopier: (713) 425-7700
*MRothman@krcl.com*
*DGuerra@krcl.com*

ATTORNEYS FOR RELATOR,
UNION PACIFIC RAILROAD COMPANY

# CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, the undersigned hereby certifies that a true and correct copy of the *Local Rule Notice of and Assignment of Related Case in Appeals* has been served on Respondent and the following counsel of record via e-service on this 9th day of July, 2015:

***Respondent:***

> Honorable Kyle Carter
> 125th District Court
> 201 Caroline, 10th Floor
> Houston, Texas 77002

***Counsel for Real Parties in Interest, Donald and Mary Trichel,***
***Individually and as Next Friends of Nicholas Trichel:***

> Vuk S. Vujasinovic
> Brian Beckcom
> VB ATTORNEYS, PLLC
> 6363 Woodway, Suite 400
> Houston, Texas 77057

> Dale Jefferson
> MARTIN, DISIERE, JEFFERSON & WISDOM
> Niels Esperson Building
> 808 Travis, 20th Floor
> Houston, Texas 77002

***Counsel Real Party in Interest Jeremy Ray Hampton:***

> Adolfo R. Rodriguez, Jr.
> Wilson C. Aurbach
> Christopher K. Rusek
> RODRIGUEZ LAW FIRM, P.C.
> 1700 Pacific Ave., Suite 3850
> Dallas, Texas 75201

/s/ Kent Rutter
Kent Rutter